UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEEHYUNG THOMAS SONG,

                              Plaintiff,

            -against-

LAWRENCE C. TURTIL,

                              Defendant.

21-CV-2269 (VB)

ORDER OF SERVICE

VINCENT L. BRICCETTI, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant Lawrence C. Turtil.

Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the

issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or

requested an extension of time to do so, the Court may dismiss the claims against Defendant

under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff has consented to receive electronic service of notices and documents in this

action. (ECF 1, at 8-9.) The Clerk of Court is directed to mail an information package to

Plaintiff.

SO ORDERED.

Dated:   March 25, 2021
         White Plains, New York

_____
VINCENT L. BRICCETTI
United States District Judge