UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEEHYUNG THOMAS SONG,
             Plaintiff,

v.

LAWRENCE C. TURTIL,
             Defendant.
------------------------------------------------------------x

**ORDER**

21 CV 2269 (VB)

The Court conducted an initial case management conference today, at which plaintiff, proceeding pro se, and counsel for defendant appeared by telephone. During the conference, plaintiff requested leave to file an amended complaint ("AC"). In light of the liberal standard that applies to requests for leave to amend under Fed. R. Civ. P. 15, the Court granted plaintiff's request.

Accordingly, it is HEREBY ORDERED:

1. By July 28, 2021, plaintiff shall file an AC. Upon filing, the AC shall become the operative complaint in this matter.

2. By August 18, 2021, defendant shall answer, move, or otherwise respond to the AC.

Dated: July 14, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge