UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jeehyung Thomas Song,

                              Plaintiff,                 **ORDER**

           -against-                            21 Civ. 2269 (VB) (AEK)

Lawrence C. Turtil,

                             Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       Currently before the Court is the parties' dispute concerning Plaintiff's ability to serve as his own expert witness. *See* ECF Nos. 50, 52, 54. To resolve this dispute, the Court will have to review Plaintiff's proposed expert report—three pages of which are attached as Exhibit A to his March 29, 2022, letter—in its entirety. Accordingly, Plaintiff is hereby directed to file the report via ECF by no later than **Monday, April 11, 2022**.

Dated:  April 7, 2022
          White Plains, New York

                                                             **SO ORDERED.**

                                                        _____
                                                        ANDREW E. KRAUSE
                                                        United States Magistrate Judge