UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Jeehyung Thomas Song,

                Plaintiff,                **ORDER**

    -against-               21 Civ. 2269 (VB) (AEK)

Lawrence C. Turtil,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In connection with the Court's consideration of the issue of whether Plaintiff may serve as his own expert witness, Defendant is hereby ordered to file a letter in response to Plaintiff's letter filed at ECF No. 54 by no later than **Tuesday, April 12, 2022**. Defendant's letter should focus precisely on the issue of whether Plaintiff is qualified to serve as his own expert witness with respect to his claims of medical malpractice. As the Court intends to resolve this issue in a written decision, based on the written submissions of the parties, a conference is not necessary at this time.

Dated: April 8, 2022
       White Plains, New York

                                          **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge