UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
_Song_____,
                Plaintiff(s),

v.

_Turtel_____,
                Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

_21 CV 2269_ (VB)

6/17/22

    **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ rescheduled for:

- ✓ Status conference
- ___ Telephone conference
- ___ Pre-motion conference
- ___ Settlement conference
- ___ Oral argument
- ___ Bench ruling on motion
- ___ Final pretrial conference
- ___ Jury selection and trial
- ___ Bench trial
- ___ Suppression hearing
- ___ Plea hearing
- ___ Sentencing

on _6-27-_, 20_22_, at _11:00AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _6-27-22 at 4:00PM_.

    **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _6-17-_, 20_22_
White Plains, NY

SO ORDERED:

_[signature]_
Vincent L. Briccetti
United States District Judge