UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEEHYUNG THOMAS SONG,
             Plaintiff,

v.

LAWRENCE C. TURTIL,
             Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 2269 (VB)

9/20/22

      By Order dated June 29, 2022, plaintiff, who is proceeding pro se and has consented to receive electronic service, was directed to file, by no later than September 2, 2022, his opposition to defendant's summary judgment motion and his cross-motion for summary judgment. (Doc. #70).

      After plaintiff failed to file his summary judgment papers by September 2, 2022, the Court, by Order dated September 12, 2022, sua sponte extended plaintiff's deadline to file his opposition and cross-motion to September 19, 2022. (Doc. #72).

      To date, plaintiff has not filed his opposition and cross-motion.

      Accordingly, the Court again extends plaintiff's deadline to file his opposition to the summary judgment motion and his cross-motion for summary judgment to October 4, 2022. <u>If plaintiff fails to file his opposition and cross-motion by October 4, 2022, the Court shall deem the summary judgment motion fully submitted, and plaintiff shall not be permitted to file a cross-motion.</u>

      Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: September 20, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge