UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEEHYUNG THOMAS SONG,
          Plaintiff,

v.

LAWRENCE C. TURTIL,
          Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 2269 (VB)

     By Order dated June 29, 2022, plaintiff, who is proceeding pro se, was directed to file, by no later than September 2, 2022, his opposition to defendant's summary judgment motion and his cross-motion for summary judgment. (Doc. #70).

     After plaintiff failed to file his summary judgment papers by September 2, 2022, the Court, by Order dated September 12, 2022, sua sponte extended plaintiff's deadline to file his opposition and cross-motion to September 19, 2022. (Doc. #72).

     After plaintiff failed to file his summary judgment papers by September 19, 2022, the Court, by Order dated September 20, 2022, again sua sponte extended plaintiff's deadline to file his opposition and cross-motion to October 4, 2022. (Doc. #73). The Court warned that "[i]f plaintiff fails to file his opposition and cross-motion by October 4, 2022, the Court shall deem the summary judgment motion fully submitted, and plaintiff shall not be permitted to file a cross-motion." (Id.)

     To date, plaintiff has not filed his opposition or cross-motion.

     Accordingly, it is hereby ORDERED that defendant's summary judgment motion (Doc. #70) is deemed fully submitted and unopposed. The Court will decide the motion on its merits in due course. In addition, plaintiff will not be permitted to file a cross-motion for summary judgment.

     Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: October 11, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge