**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JEEHYUNG THOMAS SONG,

              Plaintiff,

-against-                               21 **CIVIL** 2269 (VB)

                                                    **JUDGMENT**

LAWRENCE C. TURTIL,

              Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 27, 2023, the motion for summary judgment is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      February 28, 2023

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                      **BY:**      *K. Mango*

                                                               **Deputy Clerk**